**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § | CRIMINAL NO. H-11-814 |
| | § § | |
| ENRIQUE ALVAREZ-SORIA<br>HERMINIA SANTANA-BLANCO | § § | |

**O R D E R**

Defendant Sanatana-Blanco filed an unopposed motion for continuance, (Docket Entry No 30.). The government and codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 27, 2012 |
| Responses are to be filed by: | March 12, 2012 |
| Pretrial conference is reset to**:** | **March 19, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 26, 2012 at 9:00 a.m.** |

SIGNED on December 13, 2011, at Houston, Texas.

_Lee H. Rosenthal_
Lee H. Rosenthal
United States District Judge