IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-11-814-1<br>H-12-253 |
| ENRIQUE ALVAREZ-SORIA | § | |

**O R D E R**

Defendant Soria filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 64).. The motion for continuance is GRANTED. The sentencing hearing is set for **November 2, 2012, at 10:00 a.m.**

SIGNED on August 28, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge